PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Edward Lee Nichols          Docket No.        2:11CR00123-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Edward Lee Nichols, who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Spokane, Washington, on the 9th day of September 2011, under the following conditions:

**Condition #14:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant failed to report for random urinalysis testing on July 21, August 9 and October 11, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/05/2012

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11-06-2012
Date