UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD LEE NICHOLS,<br><br>Defendant. | No. CR-11-123-LRS-1<br><br>ORDER FOLLOWING:<br>☒ INITIAL APPEARANCE<br>☒ UNOPPOSED MOTION<br>    GRANTED<br>    **(ECF No. 92)** |

Date of hearing: 11/28/2012

☒ Petition for action: Post-trial or post-guilty plea, pre-sentencing

Defendant was advised of, and acknowledged, Defendant's rights.

☒ The United States did not seek detention.

☐ A separate Order will issue setting forth conditions of release.

☐ Defendant is released on the previously ordered conditions of release.

☒ Per the unopposed request by Defendant, Defendant's previously ordered conditions of release are modified as follows:

Mandatory drug testing eliminated provided, however, Pretrial Services to have the discretion to restart testing and direct chemical dependency assessment.

All other conditions remain.

☒ Other: No findings made. Unopposed request to eliminate drug testing. Pretrial and USA do not oppose as Defendant is post-brain surgery and takes prescription medication.

DATED November 28, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1